UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATHANIEL LAMBERT,
#90883

VERSUS                                       NO: 06-0721

BURL CAIN, WARDEN                            SECTION: "S"(6)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Nathaniel Lambert for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 29 day of April, 2007.

UNITED STATES DISTRICT JUDGE

Fee____
Process____
Dktd____
CtRmDep____
Doc. No.____