UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHANIEL LAMBERT, #90883 | CIVIL ACTION |
| VERSUS | NO: 06-0721 |
| BURL CAIN, WARDEN | SECTION: "S"(6) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, Burl Cain, and against petitioner, Nathaniel Lambert, dismissing with prejudice his petition for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254.

New Orleans, Louisiana, this 29 day of April, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____