U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAR - 4 2009

LORETTA G. WHYTE
~~CHARLES R. FULBRUGE III~~
~~CLERK~~

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
www.ca5.uscourts.gov

February 27, 2009

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 08-30497, Lambert v. Cain
USDC No. 2:06-CV-721

Enclosed is a copy of the judgment issued as the mandate.

Exhibits ~~are returned.~~

( ) Volumes    ( ~~1~~ ) ~~Envelope~~ ( ~~1~~ ) ~~Boxes~~

The electronic copy of the ~~record has been~~ recycled.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By:_____
Dantrell Johnson, Deputy Clerk
504-310-7689

cc: w/encl:
        Ms. Zata Walker Ard
        Mr. Graham Leaming Bosworth
        Mr. Nathaniel Lambert

Form Name: Mandate Issued - MDT-1 (!ag,tax,img)

__ Fee_____
__ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____